IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| RONNIE SANKS,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN ROBERT TOOLE; CHRONIC CARE DR. (UNKNOWN); and DENTIST (UNKNOWN),<br><br>    Defendants. | CIVIL ACTION NO.: 6:15-cv-146 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 16), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Court **DISMISSES** Plaintiff's monetary damages claims against Defendants in their official capacities and **DISMISSES** Plaintiff's claims against Defendants Toole and Chronic Care Doctor. The Court **DENIES** Plaintiff's request for a preliminary injunction.

SO ORDERED, this 21st day of July, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA